UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-16-3

United States District Court
District of Connecticut
FILED AT NEW HAVEN
6-8 20 17
Roberta D. Tabora, Clerk
By
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17CR129-MPS |
| v. | 26 U.S.C. Section 7212(a) (Corrupt endeavor to obstruct or impede due administration of internal revenue laws) |
| RAYMOND MCLAUGHLIN, a.k.a. "Shakir Ra Ade Bey," a.k.a. "Shakir Ade Bey" | 18 U.S.C. Section 1001 (False statement) |

## INDICTMENT

The Grand Jury charges that:

### BACKGROUND

1. RAYMOND MCLAUGHLIN, a.k.a. "Shakir Ra Ade Bey," a.k.a. "Shakir Ade Bey" (hereinafter "MCLAUGHLIN") resided in East Hartford, Connecticut and, until in or about November 2009, was employed as a police officer in Windsor, Connecticut.

2. In or about March 2009, MCLAUGHLIN and his wife refinanced their home mortgage with a $233,732 loan, which required them to make monthly payments of $1,236.92, beginning May 1, 2009. While residing in the home from 2009 through 2014, neither MCLAUGHLIN nor his wife ever made a single payment towards the mortgage.

3. Citigroup Inc. v. MCLAUGHLIN, HHD-CV11-6010540-S, was a mortgage foreclosure case against MCLAUGHLIN in the state of Connecticut, filed on or about April 7, 2011.

4.   The Hon. Robert F. Vacchelli presided over the mortgage foreclosure case. On December 31, 2012, Judge Vacchelli entered a judgment of strict foreclosure against MCLAUGHLIN. On April 23, 2014, Judge Vacchelli denied MCLAUGHLIN's motion to re-argue and reconsider the foreclosure judgment.

## COUNT ONE

5.   On or about April 24, 2014, in the District of Connecticut, the defendant RAYMOND MCLAUGHLIN, a.k.a. "Shakir Ra Ade Bey," a.k.a. "Shakir Ade Bey," did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by mailing and causing to be mailed, similar packages of materials to the Internal Revenue Service in Austin, Texas and to the United States Department of the Treasury in Washington, D.C. These packages included a number of documents from the foreclosure proceedings along with Form 1099-OIDs and Form 1099-As for tax year 2014, each of which falsely claimed that MCLAUGHLIN had paid approximately $332,204 to Judge Vacchelli and to the Judiciary Courts of the State of Connecticut, which MCLAUGHLIN knew to be false. The Form 1099-OIDs sent to the Treasury Department were accompanied by a Form 1096, in which MCLAUGHLIN affirmed under penalties of perjury the truthfulness of the Forms 1099-OIDs and 1099-As, all of which MCLAUGHLIN knew was false.

In violation of Title 26, United States Code, Section 7212(a).

## COUNT TWO

6.   On or about April 24, 2014, in the District of Connecticut, the defendant RAYMOND MCLAUGHLIN, a.k.a. "Shakir Ra Ade Bey," a.k.a. "Shakir Ade Bey," did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of

- 3 -

the executive branch of the Government of the United States, by mailing from the District of Connecticut to the United States Treasury Department in Washington, D.C., (1) two Internal Revenue Service Form 1099-OIDs, which stated that in the tax year 2014, Judge Robert F. Vacchelli and the Judiciary Courts of the State of Connecticut had received $332,204.45 in taxable income from MCLAUGHLIN, and (2) an Internal Revenue Service Form 1096, on which MCLAUGHLIN stated and declared under the penalties of perjury that he had examined the submissions and that they were true, correct, and complete, when in fact, MCLAUGHLIN knew and believed that he had made no payment of any kind to either Judge Vacchelli or the Judiciary Courts of the State of Connecticut.

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY