UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

RAYMOND MCLAUGHLIN

CASE: 17-CR-129-MPS

July 27, 2017

## RELEASE

KNOW ALL PERSONS BY THESE PRESENTS THAT I, Raymond McLaughlin natural-person, undersigned now certify that a certain Obligation (Indictment, Information, Warrant, Complaint and Affidavit) issued and granted by and from UNITED STATES OF AMERICA on 06/07/17 and 06/08/17 to I, Raymond McLaughlin natural-person, and recorded in the records of the UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT under File Number 17-CR-129-MPS in the OFFICE OF THE CLERK; are discharged and released, and the property secured thereby is released.

In Witness Whereof, I, Raymond McLaughlin natural-person, have hereunto set my hand and seal this __26__ day of July 2017;

FILED 2017 JUL 28 A 10 25 US DISTRICT COURT HARTFORD CT

Raymond McLaughlin, natural-person

STATE OF CONNECTICUT

COUNTY OF Hartford    SS: Hartford

Before me personally appeared Raymond McLaughlin, natural person, to me well known and known to me to be the natural person described in and who executed the foregoing instrument, and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal in the State and County aforesaid, this 26th day of July 2017.

*Natalie Mullings*

NATALIE MULLINGS
NOTARY PUBLIC
MY COMMISSION EXPIRES 5/31/2022

## CERTIFICATION

I, Raymond McLaughlin natural-person hereby certify that I am not certified to use the CM/ECF System and that the foregoing was hand delivered to the following on this day of July 28, 2017:

CLERK OF COURT
450 MAIN STREET
HARTFORD, CT 06103

UNITED STATES PROSECUTOR- CRIMINAL COURT
By way of Clerk
450 MAIN STREET
HARTFORD, CT 06103



Raymond McLaughlin, natural-person
45 Hilltop Farms Lane
East Hartford, Connecticut