UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

CASE: <u>17-CR-129-MPS</u>

v.

RAYMOND MCLAUGHLIN

July 28, 2017

<u>JUDICIAL NOTICE OF RESIGNATION/TERMINATION</u>

Please take judicial notice of the attached Resignation of Trustee Certificate and Form 56.

Raymond McLaughlin, natural-person
45 Hilltop Farms Lane
East Hartford, Connecticut

FILED
2017 JUL 28  A 10: 25
US DISTRICT COURT
HARTFORD CT

## CERTIFICATION

I, Raymond McLaughlin natural-person hereby certify that I am not certified to use the CM/ECF System and that the foregoing was hand delivered to the following on this day of July 28 2017:

CLERK OF COURT
450 MAIN STREET
HARTFORD, CT 06103

UNITED STATES PROSECUTOR- CRIMINAL COURT
By way of Clerk
450 MAIN STREET
HARTFORD, CT 06103



_____
Raymond McLaughlin, natural-person
45 Hilltop Farms Lane
East Hartford, Connecticut

Form **56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

**Name of person for whom you are acting** (as shown on the tax return)
RAYMOND MCLAUGHLIN

**Identifying number**
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

**Decedent's social security no.**

**Address of person for whom you are acting** (number, street, and room or suite no.)
450 MAIN STREET

**City or town, state, and ZIP code** (If a foreign address, see instructions.)
HARTFORD, CT 06103

**Fiduciary's name**
Raymond McLaughlin

**Address of fiduciary** (number, street, and room or suite no.)
45 Hilltop Farms Lane

**City or town, state, and ZIP code**
East Hartford, Connecticut

**Telephone number (optional)**
(   )

### Section A. Authority

1  Authority for fiduciary relationship. Check applicable box:
 a ☐ Court appointment of testate estate (valid will exists)
 b ☐ Court appointment of intestate estate (no valid will exists)
 c ☐ Court appointment as guardian or conservator
 d ☐ Valid trust instrument and amendments
 e ☐ Bankruptcy or assignment for the benefit or creditors
 f ☐ Other. Describe ▶

2a  If box 1a or 1b is checked, enter the date of death ▶
 b  If box 1c–1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

3  Type of taxes (check all that apply):  ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
   ☐ Excise  ☐ Other (describe) ▶

4  Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709  c ☐ 940  d ☐ 941, 943, 944
   e ☐ 1040, 1040-A, or 1040-EZ  f ☐ 1041  g ☐ 1120  h ☐ Other (list) ▶

5  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . ▶ ☐
   and list the specific years or periods ▶

6  If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box   . ▶ ☐
   and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a |  | 4b |  |
| 4c |  | 4d |  |
| 4e |  | 4f |  |
| 4g |  | 4h: |  |
| 4h: |  | 4h: |  |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 12-2015)

Form 56 (Rev. 12-2015)

Page **2**

**Part II**  Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☑
Reason for termination of fiduciary relationship. Check applicable box:

a  ☐ Court order revoking fiduciary authority
b  ☐ Certificate of dissolution or termination of a business entity
c  ☑ Other. Describe ▶ **No longer wishes to volunteer. See attached Resignation Certificate.**

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
b  Specify to whom granted, date, and address, including ZIP code.
▶

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) ▶ ☐
▶

**Part III**  Court and Administrative Proceedings

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)
UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

Address of court
450 Main Street

City or town, state, and ZIP code
Hartford, CT 06103

Date proceeding initiated
June 8, 2017

Docket number of proceeding
17-CR-129-MPS

Date: 7/28/2017
Time: 1100 ☑ a.m. ☐ p.m.
Place of other proceedings

**Part IV**  Signature

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ [signature]    Title, if applicable    Date 7/27/17
Fiduciary's signature

Form **56** (Rev. 12-2015)

# RESIGNATION OF TRUSTEE CERTIFICATE

Let it now be known and evident to all concerned persons or men worldwide that: I, Raymond McLaughlin natural-person, undersigned, do hereby acknowledge that I, Raymond McLaughlin natural-person, voluntarily resign effective this July 13, 2017 as Trustee/Fiduciary for the person of the defendant/artificial person/the vessel RAYMOND WINSTON MCLAUGHLIN with Social Security Number 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, all of my Trustee/Fiduciary responsibilities, rights, title, and any other interest whatsoever I may have or had in the trust or trusts.

IN WITNESS WHEREOF, I, Raymond McLaughlin, natural-person, hereby sign my Resignation as Trustee/Fiduciary of the above trust (s).

Signed, sealed and delivered in the presence of:

_____
Raymond McLaughlin, natural-person

STATE OF CONNECTICUT

COUNTY OF Hartford       SS: Hartford

Before me personally appeared Raymond McLaughlin, natural person, to me well known and known to me to be the natural person described in and who executed the foregoing instrument, and acknowledged to and before me that he executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal in the State and County aforesaid, this 26th day of July 2017.

(SEAL)

Notary Public

NATALIE MULLINGS
NOTARY PUBLIC
MY COMMISSION EXPIRES 5/31/2022

My Commission Expires: 5/31/2022