Raymond McLaughlin
45 Hilltop Farms Lane
East Hartford, Connecticut

# United States District Court
## District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | **Bond** |
| v. | ) | |
| | ) | Case No. <u>17-CR-129-MPS</u> |
| Raymond McLaughlin | ) | |

**Bond**

There appearing no bond of record to initiate the matter regarding Case # 17-CR-129-MPS and associated account(s), I, Raymond McLaughlin natural-person, execute this bond and undertake as follows: In consideration thereof that no lawful money of account exists in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of Case # 17-CR-129-MPS and associated account(s), I, Raymond McLaughlin natural-person underwrite with my private exemption any and all obligations of performance/loss/costs sustained by the United States of America and the respectful citizens thereof regarding said matter.

Done at Hartford county, Connecticut, this 31ST day of July, 2017 by:





Raymond McLaughlin natural-person