UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2019 JAN 14 P 1:04
US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA        3:17-cr-00129-MPS-1(MPS)

vs.

RAYMOND McLAUGHLIN              JANUARY 7, 2019

## MEMORANDUM

Raymond, one of the people, submits this memorandum of law to illustrate the unlawfulness and subterfuge carried out by United States Attorney Henry Kopel, Michael Dragon, Deidre Daly and Judge Michael Shea, all of whom knew, or should have known, that their actions and inactions regarding this case violated the oath they took to uphold the constitution and more importantly, were in breach of their fiduciary duties to me.

## THE LAW

Amendment IV provides that I, Raymond, one of the people, am secure in my person, i.e. I, Raymond have possessory interest, nine-tenths (9/10) of the law, in my person, making me, Raymond, the sole and rightful owner of my person since January 25, 1973.

Amendment IV further provides that United States holds title, one-tenth (1/10) of the law, to my person. By operation of law, United States is my fiduciary and the liable

party for all debt and liability incurred, created and/or caused by my person. Thus, as the liable party, UNITED STATES is responsible for discharging and/or settling all debt and liability for my benefit.

Furthermore, it is a universally accepted principle of law that title does not attach to, or provide possessory interest in my person to UNITED STATES.

As my fiduciary, Henry Kopel has refused to discharge and/or settle the debt in this case evidenced by the indictment, knowing that UNITED STATES, as title holder to my person, is the liable party pursuant to Amendment IV.

Instead of performing his duties as my fiduciary, Henry Kopel used commercial process in his attempts to transfer the liability to me when he knows, or should have known, that I can never be liable because the debt cannot be transferred to me as UNITED STATES still holds title and Amendment IV has not changed.

Moreover, Henry Kopel vindictively instituted this action because he knew, or should have known, that I am unable to discharge or settle the debt.

In refusing to discharge and/or settle the debt, Henry Kopel, Deidre Daly, Michael Dragon and Judge Michael Shea, all knew that they are my fiduciary and that the debt was not discharged or settled. With that knowledge, all these fiduciaries proceeded to commit and/or conspired to commit the crime of kidnapping; the unlawful seizure of my possessory interest in my person; the unlawful arrest of my person; and the unlawful confinement of my person.

The United States, specifically Henry Kopel, breached his fiduciary duty to me to discharge and/or settle the debt in this case. As such, Henry Kopel has violated his oath to uphold the Constitution and is in default for failure to perform his fiduciary duties.

Judge Michael Shea knows, or should have known, that Henry Kopel was, and is in breach of his fiduciary duties derived from Amendment IV, yet Judge Michael Shea facilitated, encouraged and sanctioned the actions of Henry Kopel by presiding over an apparent trial with full knowledge that United States is liable for the debt in this matter and that the debt can never be transferred to me because United States holds title to my person and that I can never discharge or settle the account.

Judge Michael Shea has ignored all this information and has now scheduled a sentencing for January 24, 2019 to further inflict more injury and further their breaches of their fiduciary duties.

My person was kidnapped; my possessory interest was unlawfully seized; my person was unlawfully arrested; my fiduciary Henry Kopel breached his fiduciary duties, yet Judge Michael Shea will apparently ignored all these crimes to sentence my person.



McLaughlin

CERTIFICATE OF SERVICE

A copy of the foregoing Memorandum of Law was mailed to:

U.S. Attorney Henry Kopel
450 Main Street
Hartford, CT 06103

Raymond
McLaughlin