UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : 17-CR-00129-MPS-1 (MPS)

v.

RAYMOND McLAUGHLIN                              JANUARY 14, 2019

## Nunc Pro Tunc Notice of Default

1. I, RAYMOND, NUNC PRO TUNC, THE COMMENCEMENT OF THIS CASE, NOTICE THE COURT THAT UNITED STATES, i.e. HENRY KOPEL IS IN DEFAULT FOR FAILURE TO PERFORM HIS FIDUCIARY DUTIES ASSIGNED TO HIM BY AMENDMENT IV.

2. I, RAYMOND, ONE OF THE PEOPLE, WITH THE PRIVATE RIGHT TO BE SECURE IN MY PERSON, i.e. POSSESSORY INTEREST, NINE-TENTHS (9/10) OF THE LAW, IN MY PERSON, AM THE SOLE AND RIGHTFUL OWNER OF MY PERSON SINCE JANUARY 25, 1973, A PRIVATE RIGHT WHICH IS PROTECTED BY AMENDMENT IV.

3. I, RAYMOND, NOT BEING THE HOLDER OF THE TITLE TO MY PERSON; UNITED STATES, BY OPERATION OF LAW, HOLDS TITLE, ONE-TENTH (1/10) OF THE LAW, TO MY PERSON PURSUANT TO THE FOURTH AMENDMENT.

4. BY OPERATION OF LAW, UNITED STATES, AS TITLE HOLDER TO MY PERSON, IS MY FIDUCIARY AND THE LIABLE PARTY FOR ALL DEBTS AND LIABILITY CAUSED, CREATED OR INCURRED BY MY PERSON. HAVING THIS FIDUCIARY DUTY CREATED BY ITS UNDERTAKING OF INSTITUTING AMENDMENT IV, UNITED STATES IS BOUND TO ACT PRIMARILY FOR MY BENEFIT IN MATTERS CONNECTED TO AMENDMENT IV.

5. Instead, Henry Kopel, via a well orchestrated and purposeful scheme, breached his fiduciary duty by his failure to perform his fiduciary duty pursuant to Amendment IV. Specifically, Kopel has failed to take responsibility for the debt and the liability evidenced by and in the True Bill. Kopel has failed to discharge and/or settle the debt and consequently, he is in default and in violation of Amendment IV.

6. And, because, my private right, i.e. my possessory interest, nine-tenths (9/10) of the law, in my person outweighs United States' public interest, i.e. title, one-tenth (1/10) of the law, to my person; see United States v. Place, 462 US 696, 703, 103 S.Ct. 2637, 77 L.Ed.2d 110 (1983); Henry Kopel and United States in furtherance of their breach of fiduciary duties, sanctioned the use of unlawful force which was used to unlawfully arrest my person; unlawfully seize my possessory interest in my person; and unlawfully confine my person.

7. Thus, with an inferior public interest in my person, Henry Kopel breached his fiduciary duties to me by his refusal to settle and/or discharge the debt.

8. Notice is now given that neither Henry Kopel nor the United States has given me the title to my person in order for me to become the liable party.

9. Henry Kopel is in breach of his fiduciary duty and in default for said breach.


Raymond
McLaughlin

2.

CERTIFICATE OF SERVICE

A copy of this notice was sent to:

Henry Kopel, U.S. Attorney
157 Church Street, 25th Floor
New Haven, Connecticut 06510

*[signature]*
McLaughlin