United States District Court

District of Connecticut



FILED

2019 JAN 22 P 2: 33

United States of America     3:17-CR-00129-MPS-1 (MPS)

Vs

McLaughlin, Raymond     January 22nd, 2019

<u>Notice of lack of Private (Personal) Jurisdiction</u>

<u>By a Public Judge Whose Only Authority is Over the Title to My Person</u>

    I, Raymond, possessing my private right, i.e. my possessory interest, nine-tenths ($9/10^{ths}$) of the law in my person as the sole and rightful owner of my person, now notice the public that public Judge Michael Shea (the court) lacks private(personal) jurisdiction; never acquired private(personal) jurisdiction; and only has authority over the title to my person in this case.

    Under Amendment IV, my possessory interest nine-tenths (9/10ths) of the law in my person which is my private right; see <u>Alderman vs United States</u>, 394US 165,174,22L.ED. 2d 176 89 S.CT. 961 (1969); outweighs United States' public interest; it's title, one-tenth($1/10^{th}$) of the law to my person. In other words, I, Raymond, have private(personal) jurisdiction and a public Judge such as Michael Shea, can never have or acquire private(personal) jurisdiction, i.e. Michael Shea, a public judge, can never have or acquire the private(personal) right to speak.

A public judge's only interest is the title to my person; a public interest which is not a private right and thus by operation of law bars a public judge to wit: Michael Shea, from having private(personal) jurisdiction Thus Michael Shea, a public judge can never have or acquire the private right to speak.

And, whereas, title does not attach to my person; to, or provide possessory interest, "a judgment rendered without private(personal) jurisdiction is void." Because public Judge Michael Shea has authority only to command and make legal determination for the title to my person – not my person.

In conclusion, public Judge Michael Shea cannot; never acquired or had private(personal) jurisdiction because private rights do not exist in the public.

Raymond McLaughlin

Certificate of Service

I, Raymond McLaughlin certify that a copy of the preceding was mailed/delivered to:

Henry Kopel
157 Church Street
25th Floor
New Haven, CT 06510