UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILE
2019 JAN 22
US DISTRICT
HARTFORD

UNITED STATES OF AMERICA          3:17-CR-00129-MPS-1(MPS)

V.

RAYMOND McLAUGHLIN          JANUARY 16, 2019

## Notice of Breach of Fiduciary Duty
## and Notice of Default and opportunity To Cure

1.  PURSUANT TO AMENDMENT IV, I, RAYMOND, NOTICE THE COURT THAT UNITED STATES, I.e. HENRY KOPEL, U.S. ATTORNEY, IS IN BREACH OF HIS FIDUCIARY DUTY AND IS NOW IN DEFAULT EVIDENCED by THIS CASE.

2.  As THE sole AND RIGHTFUL OWNER OF MY PERSON SINCE JANUARY 25, 1973, I, RAYMOND, HAVE MY PRIVATE RIGHT TO be SECURE IN MY PERSON, I.e. MY POSSESSORY INTEREST, NINE-TENTHS ($9/10$) OF THE law, IN MY PERSON, WHICH IS PROTECTED by AMENDMENT IV.

3.  By OPERATION OF law, AND THE FOURTH AMENDMENT, UNITED STATES, HENRY KOPEL, IS THE Holder OF TITLE, ONE-TENTH ($1/10$) OF THE law TO MY PERSON: ITS public INTEREST IN MY PERSON.

4.  PURSUANT TO THE Well ESTABLISHED precept OF LAW THAT WHERE PRIVATE RIGHTS OUTWEIGH public INTEREST, THERE IS AN AMENDMENT IV VIOLATION, SCOTT V. HARRIS, US 372, 383, 127 S. Ct. 1769, 167 L.Ed.2d 686 (2007) quoting UNITED STATES V. PLACE, 462 US 696, 703, 103 S.Ct. 2637, 77 L.Ed.2d 110 (1983);

1.

AS IS THE CASE HERE: UNITED STATES, HENRY KOPEL, JUDGE MICHAEL SHEA, HAVE NO AUTHORITY, POWER OR RIGHT OVER ME AND MY PERSON. THIS CASE IS EVIDENCE OF THE FOURTH AMENDMENT VIOLATION.

5. HAVING AN INFERIOR public INTEREST IN MY PERSON AS TITLE Holder, UNITED STATES, by OPERATION OF IAW, IS MY FIDUCIARY AND THE liable PARTY FOR All DEBTS AND liAbiliTIES CAUSED CREATED, OR INCURRED by MY PERSON. WITH THIS FIDUCIARY DUTY CREATED by ITS UNDERTAKING OF INSTITUTING AMENDMENT IV, HENRY KOPEL IS CONSTITUTIONALLY bOUND TO ACT primarily FOR MY bENEFIT IN MATTERS CONNECTED TO AMENDMENT IV.

6. HOWEVER, AS IS EVIDENCED by AND IN THE TRUE Bill AND THIS CASE IN GENERAL, HENRY KOPEL IS IN bREACH OF HIS FIDUCIARY DUTY AND IS NOW IN DEFAULT FOR FAILURE TO pERFORM HIS FIDUCIARY DUTY OF DISCHARGING AND/OR SETTLING THE DEbT CAUSED by MY pERSON IN THIS CASE

## Opportunity To Cure

7. I, RAYMOND, COMMAND HENRY KOPEL TO IMMEDIATELY DISCHARGE THE DEbT CAUSED by MY pERSON AND WHICH IS EVIDENCED by AND IN THE TRUE Bill AND SETTLE AND close THE ACCOUNT.



McLAUGHLIN

2.

<u>CERTIFICATE OF SERVICE</u>

A copy OF THE FOREGOING NOTICE WAS SENT TO:

HENRY KOPEL, US ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CONNECTICUT 06510

MCLAUGHLIN