UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          3:17-CR-00129-MPS (MPS)

v.

RAYMOND McLAUGHLIN               JANUARY 18, 2019

### Notice of Lack of Private (Personal) Jurisdiction by a Public Judge

1. I, RAYMOND, possessing my private right, i.e. my possessory interest, nine-tenths (9/10) of the law, in my person, as the sole and rightful owner of my person, now notice the public that public Judge Michael Shea (the court) lacks private (personal) jurisdiction, and never acquired private (personal) jurisdiction in this case.

2. Under the Fourth Amendment, my possessory interest, nine-tenths (9/10) of the law, in my person, outweighs United States' public interest, its title, one-tenth (1/10) of the law, to my person.

3. As a United States Judge, Michael Shea never acquired personal jurisdiction because a public Judge cannot acquire private (personal) jurisdiction. Private rights are Fourth Amendment rights, Alderman v. United States, 394 US 165, 174 22 L.Ed.2d 176 89 S.Ct. 961 (1969), thus a public Judge's interest in my person is the title, one-tenth (1/10) of the law, to my person, his public interest.

4. Judge Michael Shea cannot have private (personal) jurisdiction because the public, to wit: Public Judge Michael Shea, cannot have private rights.

5. ADDITIONALLY, public JUDGE MICHAEL SHEA WITH AN INFERIOR public INTEREST, THE TITLE TO MY PERSON, WHICH HE KNOWS IS OUTWEIGHED by MY PRIVATE RIGHTS IN MY PERSON, HAS CONTINUED TO RULE FROM THE BENCH WITHOUT PRIVATE (PERSONAL) JURISDICTION KNOWING THAT IT IS A UNIVERSALLY ACCEPTED PRINCIPLE OF LAW THAT A "JUDGMENT RENDERED WITHOUT JURISDICTION IS VOID AND A NULLITY."

6. Public JUDGE MICHAEL SHEA IS UNABLE TO SPEAK FOR MY PERSON BECAUSE HE (SHEA) ONLY HAS A public INTEREST AND CAN NEVER HAVE PRIVATE (PERSONAL) RIGHTS IN THE public. Thus, AS A public JUDGE, MICHAEL SHEA IS UNABLE TO POSSESS MY PERSON AND HAS CONTINUED TO USURP POWER NOT GIVEN HIM. JUDGE MICHAEL SHEA HAS NO MORE RIGHT TO DECLINE THE EXERCISE OF JURISDICTION WHICH IS GIVEN, THAN TO USURP THAT WHICH IS NOT GIVEN." Cohens v. Virginia, 6 WHEAT. 264, 5. L.Ed. 257, 404 (1821.).

7. JUDGE MICHAEL SHEA HAS VIOLATED AMENDMENT IV AND HAS purposefully INJURED ME BECAUSE HE KNOWS, OR should HAVE KNOWN, THAT U.S. ATTORNEY HENRY KOPEL IS MY FIDUCIARY; IS liable FOR THE DEBT; AND THAT HE TOO HAS VIOLATED AMENDMENT IV; YET AS A WITNESS TO ALL THIS MISCONDUCT, SHEA HAS ENCOURAGED THE MISCONDUCT by HIS REFUSAL TO STOP IT.

8. IN SUMMARY, PERSONAL JURISDICTION IS PRIVATE JURISDICTION WHICH IS UNABLE TO BE ACQUIRED by A public JUDGE.


Raymond McLaughlin

2.

CERTIFICATE OF SERVICE

A copy of the foregoing notice was sent to:

Henry Kopel, US Attorney
157 Church Street, 25th Floor
New Haven, Connecticut 06510

*[signature]*
McLaughlin

3.