UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2019 MAR -4 P 3:16
US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA          3:17-CR-00129-MPS-1 (MPS)

v.

RAYMOND McLAUGHLIN                MARCH 1, 2019

### Nunc Pro Tunc
### Motion To Dismiss Indictment

1. Pursuant to the common-law of trespass and Amendment IV to the United States Constitution, I now March 1, 2019 motion this court for then June 8, 2017, to dismiss the indictment because Henry Kopel, Michael Dragon and Christopher Gus violated my indefeasible personal rights of lawful possession and control of my name, my person and my social security account, No.: 042-86-xxxx and my right to exclude them when they common-law trespassed upon said indefeasible personal rights.

2. For these reasons, detailed in the attached memorandum of law, this motion must be granted.

Respectfully submitted,

*Raymond* (signature)
RAYMOND McLAUGHLIN

1.

## ORDER

This motion, after being considered by the court is hereby:

GRANTED / DENIED

By the court

2.

CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THIS MOTION WAS MAILED VIA USPS FIRST CLASS MAIL ON MARCH 1, 2019 TO:

HENRY KOPEL, US ATTORNEY
157 CHURCH STREET, 25th FLOOR
NEW HAVEN, CONNECTICUT 06510

/s/ Raymond
RAYMOND MCLAUGHLIN

3.