FILED

2019 MAR -7 P 1:36

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    3:17-CR-00129-MPS-1(MPS)

v.

RAYMOND McLAUGHLIN    MARCH 5, 2019

## NUNC PRO TUNC
## ORDER OF EXCLUSION

Under the common-law, I am in lawful possession and control of my name, Raymond McLaughlin; my person; and my Social Security Account, No.: 042-86-xxxx, and as their sole and rightful owner, possessing the sacred indefeasible personal right to exclude all others: See Amendment IV to the United States Constitution; Now, on this day March 5, 2019, for then June 8, 2017, exclude United States of America, United States, Judge Michael Shea, Henry Kopel, Michael Dragon and Christopher Gus, from, and all use of my name, Raymond McLaughlin; my person; and my Social Security Account, No.: 042-86-xxxx, without my license which must be acquired in advance of any such usage, else common-law trespass.
        So ordered.


                    Raymond

## Certificate of Service

A copy of this order was mailed via USPS First Class Mail on March 5, 2019 To:

Henry Kopel
Sandra Glover
157 Church Street, 25th Floor
New Haven, CT 06510

