UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          3:17-CR-00129-MPS (MPS)

V.

RAYMOND McLAUGHLIN               March 4, 2019

ENFORCEMENT OF RIGHT TO EXCLUDE
AND ORDER FOR RELEASE

To: JUDGE MICHAEL SHEA

I THE sole AND RIGHTFUL OWNER, IN lAWFUL POSSESSION AND CONTROL OF MY NAME, RAYMOND WINSTON McLAUGHLIN AND MY PERSON SINCE JANUARY 25, 1973; MY SOCIAL SECURITY ACCOUNT, No.: 042-86-XXXX SINCE 1990; AND POSSESSING THE SACRED INDEFEASIBLE PERSONAL RIGHT TO EXCLUDE ALL OTHERS, NOW ENFORCE SAID RIGHT AND NOW ORDER JUDGE MICHAEL SHEA TO RELEASE MY NAME, RAYMOND WINSTON McLAUGHLIN; MY PERSON AND MY SOCIAL SECURITY ACCOUNT, No.: 042-86-XXXX UPON RECEIPT OF THIS ORDER because HENRY KOPEL, MICHAEL DRAGON AND CHRISTOPHER GUS COMMON-lAW TRESPASSED UPON MY SACRED INDEFEASIBLE PERSONAL RIGHTS OF lAWFUL POSSESSION AND CONTROL AND MY RIGHT TO EXCLUDE, IN VIOLATION OF THE lAW OF TRESPASS AND AMENDMENT IV TO THE UNITED STATES CONSTITUTION, ON JUNE 8, 2017.

So ORDERED,

Raymond