UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2019 MAR 20 P 1:01
US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA          3:17-CR-00129-MPS-1 (MPS)

v.

RAYMOND McLAUGHLIN                March 18, 2019

## Release

Pursuant to the law of trespass and Amendment IV to the United States Constitution, I, one of the people, the sole and rightful owner, in lawful possession and control of my person; possessing the indefeasible right to exclude all intruders; now certify that Debtor Raymond Winston McLaughlin with Social Security Account No.: 042-86-xxxx, is excluded from my person and the certain debt, owed by said Debtor, which is evidenced in, and by the indictment recorded in the Clerk's office under Docket No.: 3:17-cr-00129-MPS-1, is now satisfied, discharged and released, and the property secured thereby, is released.

_Raymond_

## CERTIFICATE OF SERVICE

I CERTIFY THAT THE FOREGOING RELEASE WAS MAILED VIA USPS FIRST CLASS MAIL ON MARCH 18, 2019 TO:

Henry Kopel
Sandra Glover
157 Church Street, 25th Floor
New Haven, Connecticut 06510

*Raymond*