United States District Court
District of Connecticut

United States of America          3:17-CR-00129-MPS
v-

Raymond McLaughlin                April 24, 2019

## Assignment of Title

Know all men by these presents, that Raymond McLaughlin, presently inside Metropolitan Detention Center located at 80 29th Street, Brooklyn, New York, 11232; hereby now assign, convey, transfer, grant, deliver the Title to the Indictment to Henry Kopel, to have and to hold forever.

Signed, Sealed and Delivered on this 24th Day of April 2019.

*Raymond McLaughlin*
Raymond McLaughlin

FILED
'19 MAY -2 A 9:45
US DISTRICT COURT
HARTFORD CT

## CERTIFICATE OF SERVICE

A copy of the foregoing Assignment of Title was mailed via USPS First Class Mail to:

> Henry Kopel
> Sandra Glover
> 157 Church St, 25th Floor
> New Haven, CT 06510

On April 24, 2019.

*Raymond McLaughlin*