Raymond McLaughlin #25410014
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432
July 7, 2019

Judge Michael P. Shea

Re: Judgment, 3:17CR129(MPS)

Enclosed you will find the assignment for title to the judgment you rendered on 24 January 2019, and a copy of which is presently being held by Mark K. Williams, Warden.

Please record the assignment into your file to prove that you now have possession and title of said judgment.

Respectfully,

*signature*

Raymond McLaughlin

## Assignment

Know all men by these presents, that Raymond McLaughlin of East Hartford, CT 06118, and presently inside F.C.I. Elkton in Lisbon, Ohio; Holder of Title to the Judgment rendered on January 24, 2019 by, and which is presently in, Judge Michael P. Shea's possession; and Recorded under Account Number: 3:17CR129(MPS) in the office of the clerk in the District of Connecticut - Hartford; Hereby now Assign, Grant, Give, Transfer, Convey, Deliver to Judge Michael P. Shea, Title to said Judgment, To Have And To Hold Forever.

Signed, Sealed and Delivered on this 7th Day of July 2019 by:

*Raymond McLaughlin*

## Declaration

I Declare under penalty of perjury that the foregoing is true and correct and was executed by me on the above date.