UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          3:17CR129(MPS)
-v-
RAYMOND McLAUGHLIN              SEPTEMBER 9, 2019

## JUDGMENT OF DISMISSAL

By order of McLAUGHLIN RAYMOND WINSTON ESTATE - JAMAICA REGISTRAR GENERAL REGISTER Number HC 8322, presently in possession of THE body of McLAUGHLIN RAYMOND WINSTON ESTATE EVIDENCED IN AND by "Application For Live Birth" AT SAID REGISTER Number HC 8322 — THE JUDGMENT RENDERED AGAINST RAYMOND McLAUGHLIN xxx-xx-9950, Holder of TITLE To THE body of McLAUGHLIN RAYMOND WINSTON ESTATE, ON 01-24-19, IS NOW OPEN AND VACATED; AND THE Following CHARGE:

OFF/CHG: 18:1001(A)(3) False STATEMENT, AGAINST RAYMOND McLAUGHLIN xxx-xx-9950, Holder of TITLE To THE body of McLAUGHLIN RAYMOND WINSTON ESTATE, IS NOW DISMISSED AND, McLAUGHLIN RAYMOND IS NOW ORDERED RELEASED FROM FEDERAL CORRECTIONAL INSTITUTION ELKTON.

EXECUTED ON THIS 9TH DAY OF SEPTEMBER, 2019.

McLaughlin Raymond Winston Estate
McLAUGHLIN RAYMOND WINSTON ESTATE HC 8322

## CERTIFICATE OF MAILING

A copy of the foregoing Judgment of Dismissal was mailed via USPS First Class Mail on September 10th, 2019 To:

Henry Kopel, U.S. District Attorney
157 Church Street, 25th Floor
New Haven, Conn. 06510

U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Federal Bureau of Prison
320 1st Street NW
Washington, DC 20534

~~Michael Raymond Winston Estate~~
McLaughlin Raymond Winston Estate HC 8522