SEP 19 2019 PM 12:34
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     3:17CR129(MPS)

-v-

RAYMOND MCLAUGHLIN     SEPTEMBER 13, 2019

## Notice of Acceptance of Full Responsibility

I McLaughlin Raymond Winston Estate at Jamaica Registrar General Register Number HC 8322; in possession of the body of McLaughlin Raymond Winston Estate since 25 January 1973, which is affirmed in and by "Application For Live Birth" at said Register Number HC 8322; herewith and hereby now Accept/Take Full Responsibility For Raymond Winston McLaughlin xxx-xx-9950, and all acts committed and/or performed by same which includes the offense/violation: 18: 1001 (a)(3) False Statement, committed on 04-24-2014, evidenced by and in United States District Court of Connecticut, Case Number 3:17cr129(MPS).

Request is now made that the above-noted charge against Raymond Winston McLaughlin xxx-xx-9950, be Discharged and That McLaughlin Raymond Winston Estate be charged with same.

*McLaughlin Raymond Winston Estate*
McLaughlin Raymond Winston Estate HC 8322

CERTIFICATE OF SERVICE

A copy of the foregoing Notice was mailed on September 15, 2019 via USPS First class mail to:

Henry Kopel, U.S. District Attorney
157 Church Street, 25 Floor
New Haven, CT 06510

Office of the Clerk
125 Market St., Rm 337
Youngstown, OH 44503-1787

Michael P. Shea
450 Main Street
Hartford, CT 06103

McLaughlin Raymond Winston Estate HC 8322