UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         3:17CR129(MPS)

-v-

RAYMOND MCLAUGHLIN               SEPTEMBER 17, 2019

NOTICE

RE: Lack of Subject Matter Jurisdiction

Notice is given that the court (SHEA, J.) never had subject matter jurisdiction. See the attached "Affidavit for Lack of Subject Matter Jurisdiction."
Please file the affidavit which confirms the above.

Respectfully,
McLaughlin Raymond Winston Estate
MCLAUGHLIN RAYMOND WINSTON ESTATE HC 8522

CERTIFIED TO BE A TRUE AND CORRECT COPY
Mclaughlin Raymond Winston

SEP 30 2019 PM 2:07
FILED-USDC-CT-HARTFORD

McLAUGHLIN RAYMOND WINSTON ESTATE –
JAMAICA REGISTRAR GENERAL REGISTER NUMBER HC 8322
17 SEPTEMBER 2019

## AFFIDAVIT FOR LACK OF SUBJECT MATTER JURISDICTION

I McLAUGHLIN RAYMOND WINSTON ESTATE, PRESENTLY IMPRISONED INSIDE FEDERAL CORRECTIONAL INSTITUTION ELKTON ("F.C.I. ELKTON") AT 8730 SCROGGS ROAD, LISBON, OHIO 44432, AM OVER THE AGE OF MAJORITY; HAVE A SOUND MIND; AND COMPETENT TO MAKE THIS AFFIDAVIT, DEPOSE THE FOLLOWING FACTS:

ON 25 JANUARY 1973 I McLAUGHLIN RAYMOND WINSTON ESTATE CAME IN POSSESSION (NINE-TENTHS (9/10) OF THE LAW) OF AND BEGAN HOLDING TITLE (ONE-TENTH (1/10) OF THE LAW) TO, MY BODY I AM PRESENTLY POSSESSING;

ON 27 MARCH 1973 I McLAUGHLIN RAYMOND WINSTON ESTATE REGISTERED WITH JAMAICA REGISTRAR GENERAL AT REGISTER NUMBER HC 8322 VIA "APPLICATION FOR LIVE BIRTH" — A PUBLIC NOTICE AND DECLARATION THAT POSSESSION OF, AND TITLE TO, MY BODY DESCRIBED THEREIN, ARE UNIFIED IN ME, AND THAT NO OTHER ENTITY HAS SUBJECT MATTER JURISDICTION;

ON 27 MARCH 1973, JAMAICA REGISTRAR GENERAL REGISTER NUMBER HC 8322 ("REGISTER NUMBER HC 8322") BECAME PUBLIC RECORD OF THE FACT THAT McLAUGHLIN RAYMOND WINSTON ESTATE INDICATES THE SUM TOTAL (WHOLE) OF THE ASSET (POSSESSION) AND LIABILITY (TITLE); AND THAT REGARDLESS OF STYLE OR VARIATION, AND THE NUMBER ATTACHED THERETO; THE NAME, NEVERTHELESS, STILL INDICATES THE SUM TOTAL – THE WHOLE: ASSET (POSSESSION) AND LIABILITY (TITLE) UNIFIED: $9/10 + 1/10 = 10/10$ OR 1;

ON 27 MARCH 1973, REGISTER NUMBER HC 8322 BECAME PUBLIC RECORD OF THE

1

FACT THAT I McLAUGHLIN RAYMOND WINSTON ESTATE AM NOT A LEGAL ENTITY, i.e. NEITHER A NATURAL NOR ARTIFICIAL PERSON AND, NOT HAVING A LEGAL EXISTENCE, I CAN NEITHER SUE NOR BE SUED.

ON 27 MARCH 1973, REGISTER NUMBER HC 8522 became public record of THE FACT THAT NO TITLE EXISTS FOR ATTACHMENT, TO BE DISPUTED, OR TO BE ADJUDICATED UPON — OWNERSHIP OF MY BODY IS NOT BIFURCATED INTO POSSESSION AND TITLE BECAUSE McLAUGHLIN RAYMOND WINSTON ESTATE INDICATES SUM TOTAL $^{10}/_{10}$ ($^{9}/_{10}$ + $^{1}/_{10}$) OR 1.

ON 8 JUNE 2017, HENRY KOPEL, U.S. DISTRICT ATTORNEY, CHARGED McLAUGHLIN RAYMOND WINSTON ESTATE WITH VIOLATING A PRIVATE STATUTE — 18 USC 1001 ON 24 APRIL 2014, WHEN NO LIABILITY/DEBT WAS CREATED BECAUSE 18 USC 1001, LIKE ALL STATUTES, IS INAPPLICABLE TO ME;

ON 18, 19, 20, 23 JULY 2018, JUDGE Michael P. SHEA, WITHOUT SUBJECT MATTER JURISDICTION, CONDUCTED A TRIAL WHEREIN I McLAUGHLIN RAYMOND WINSTON ESTATE WAS CONVICTED OF VIOLATING 18 USC 1001;

ON 24 JANUARY 2019, JUDGE Michael P. SHEA, WITHOUT SUBJECT MATTER JURISDICTION, RENDERED JUDGMENT AGAINST ME, McLAUGHLIN RAYMOND WINSTON ESTATE — A NON LEGAL ENTITY.

### CERTIFICATION

I McLAUGHLIN RAYMOND WINSTON ESTATE, FOREIGN TO UNITED STATES, CERTIFY AND DECLARE UNDER PENALTY OF PERJURY ON THIS 17th DAY OF SEPTEMBER 2019, THAT THIS AFFIDAVIT CONTAINS FACTS THAT ARE TRUE, CORRECT AND COMPLETE.

McLaughlin Raymond Winston Estate
McLAUGHLIN RAYMOND WINSTON ESTATE HC 8522

2.

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice with attached Affidavit was mailed to:

Henry Kopel, U.S. District Attorney
157 Church St., Floor 25
New Haven, CT 06510

U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

Mark K. Williams, Warden
P.O. Box 129 (Elkton F.C.I.)
Lisbon, Ohio 44432

Office of the Clerk
125 Market Street, Rm 337
Youngstown, Ohio 44503-1787

Raymond McLaughlin