OCT 10 2019 PM12:40
FILED-USDC-CT-HARTFORD

Estate of Raymond Winston McLaughlin
8750 Scroggs Road
Lisbon, Ohio 44432
6 October 2019

Mark K. Williams, Warden
Elkton F.C.I.
8750 Scroggs Road
Lisbon, Ohio 44432

Order For Release

Re: Body of Raymond Winston McLaughlin, #25410014

The hereto attached affidavit attests to the fact that I Estate of Raymond Winston McLaughlin have repossessed, legally reunited with, redeemed, and resurrected my body — body of Raymond Winston McLaughlin.

There exists no reason to further imprison the body of Raymond Winston McLaughlin.

Upon receipt of this order, notify your staff to facilitate my immediate release.

Respectfully,
Estate of Raymond Winston McLaughlin
Estate of Raymond Winston McLaughlin