OCT 15 2019 AM 11:50
FILED-USDC-CT-HARTFORD

ESTATE OF RAYMOND WINSTON MCLAUGHLIN
8730 SCROGGS ROAD
Lisbon, Ohio 44432

AFFIDAVIT OF REPOSSESSION/REUNION/RESURRECTION/REDEMPTION/RELEASE
OF THE BODY OF RAYMOND WINSTON MCLAUGHLIN

I ESTATE OF RAYMOND WINSTON MCLAUGHLIN, PRESENTLY ON THE LOCATION NOTED ABOVE, AM COMPETENT TO MAKE THIS AFFIDAVIT AND HEREBY NOW DEPOSE THE FOLLOWING FACTS:

IN MAY 1972, I ESTATE OF RAYMOND WINSTON MCLAUGHLIN DESCENDED INTO, AND TO THIS PRESENT DAY, AM THE IMMORTAL LIFE-GIVING FORCE TO, AND THE SOLE POSSESSOR/OCCUPANT OF, THE BODY OF RAYMOND WINSTON MCLAUGHLIN (HEREINAFTER "MY BODY");

ON 27 MARCH 1973, VIA THE PROCESS OF REGISTRATION, WHICH DID NOT RECOGNIZE ME; AND ABSENT A "CERTIFICATE OF DEATH," I ESTATE OF RAYMOND WINSTON MCLAUGHLIN WAS PRESUMED TO BE DISPOSSESSED OF MY BODY—BORN ALIVE 25 JANUARY 1973—WHICH WAS PRESUMED TO BE A ZOMBIE DUE TO LEGAL SEPARATION FROM ME, ESTATE OF RAYMOND WINSTON MCLAUGHLIN, VIA "APPLICATION FOR LIVE BIRTH" WHICH ONLY DESCRIBES, ACKNOWLEDGES, AND REGISTERED MY BODY AT JAMAICA REGISTRAR GENERAL REGISTER NUMBER HC 8322;

SINCE THE PRESUMPTION OF DEATH ON 27 MARCH 1973, MY BODY HAS BEEN IN LIMBO BECAUSE THERE HAS NOT BEEN A PRONOUNCEMENT OF DEATH BY A MEDICAL DOCTOR AND I ESTATE OF RAYMOND WINSTON MCLAUGHLIN, HAVE FAILED TO REPOSSESS, REUNITE WITH, AND RESURRECT MY BODY;

ON, AND SINCE 27 MARCH 1973, MY BODY—HAVING A LEGAL EXISTENCE BY WAY OF REGISTRATION—HAS BEEN LEGALLY RECOGNIZED AS "RAYMOND WINSTON MCLAUGHLIN"

OR THE SEVERAL VARIATIONS THEREOF INSTEAD OF "bODy OF RAyMOND WINSTON McLAUGHLIN" — All TRANSACTIONS TO DATE: DISTRICT OF CONNECTICUT, ACCOUNT 3:17CR129(MPS) AND FEDERAL CORRECTIONAL INSTITUTION ELKTON ("F.C.I. ELKTON"), ACCOUNT 25410014, INVOLVE ONLY MY bODy.

ON 9 OCTOBER 2019, I ESTATE OF RAYMOND WINSTON McLAUGHLIN REPOSSESSED, AND REUNITED WITH, MY bODy PRESENTLY IMPRISONED INSIDE F.C.I. ELKTON ON 8730 SCROGGS ROAD, LISBON, OHIO 44432.

ON 9 OCTOBER 2019, I ESTATE OF RAYMOND WINSTON McLAUGHLIN REDEEMED MY bODy FROM All OBLIGATIONS; PROVIDED AND GRANTED INDEMNITY — EXEMPTION FROM INCURRED PENALTIES AND liAbiliTIES — To IT FOR All FUTURE ACTS;

ON 9 OCTOBER 2019, I ESTATE OF RAYMOND WINSTON McLAUGHLIN RESUMED AND CONTINUES AS SolE POSSESSOR/OCCUPANT OF, WITH SolE JURISDICTION OVER, bODy OF RAYMOND WINSTON McLAUGHLIN.

ON 9 OCTOBER 2019, I ESTATE OF RAYMOND WINSTON McLAUGHLIN RELEASED bODy OF RAYMOND WINSTON McLAUGHLIN #25410014 FROM INSIDE F.C.I. ELKTON.

## CERTIFICATION

I ESTATE OF RAYMOND WINSTON McLAUGHLIN EXECUTE THIS AFFIDAVIT ON THIS 9th DAy OF OCTOBER 2019, AND CERTIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS IN THIS AFFIDAVIT ARE TRUE, CORRECT AND COMPLETE.

*Estate of Raymond Winston McLaughlin*
ESTATE OF RAYMOND WINSTON McLAUGHLIN