UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

USA

vs.                                                                                              3:17-cr-00129  (MPS)

McLaughlin

## ORDER RETURNING SUBMISSION

We have received your filing, however, it is deficient in the area(s) checked below:

☐  Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐  Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☒  **Other:   Mr. McLaughlin is in violation of Court Order #296 in the above-mentioned case.**

The Clerk is hereby ORDERED to return the above document.

_2/3/20_                                                                                      /s/ MICHAEL P. SHEA
Date                                                                                           United States District Judge

(MLP)

Rev 7-25-19